IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01611-MSK-MEH

TIMOTHY L. GATUMA,

      Plaintiff,

v.

ENCORE ELECTRIC, INC., a Colorado corporation,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 7, 2012.**

      Plaintiff's Motion for Leave to Appear by Telephone [filed September 4, 2012; docket #17] is **granted**. Counsel for Plaintiff may appear telephonically at the Scheduling Conference set for September 7, 2012, by calling my Chambers at (303)844-4507 at the appointed time.