IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01611-MSK-MEH

TIMOTHY L. GATUMA,

    Plaintiff,

v.

ENCORE ELECTRIC, INC., a Colorado corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 7, 2013**.

    Plaintiff's Unopposed Motion for Entry of Stipulated Protective Order Concerning Confidential Documents [filed February 1, 2013; docket #27] is **granted**. The parties' Stipulated Protective Order is accepted and filed contemporaneously with this minute order.